FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ OCT 22 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH KENDRICK,

        Plaintiff,

-against-

NASSAU COUNTY SHERIFF'S DEPARTMENT,

        Defendant.
------------------------------------------------------------X

ORDER
14-CV-3573 (SJF)(WDW)

FEUERSTEIN, District Judge:

Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, *Reid, et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto. Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to file the complaint without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), the application to proceed *in forma pauperis* is granted.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation to the *pro se* plaintiff at his last known address.

Dated:    October 22, 2014    SO ORDERED.
           Central Islip, New York    s/ Sandra J. Feuerstein

                                              Sandra J. Feuerstein
                                              United States District Judge